HERMAN BRIDGMAN by Guardian ad litem, Respondent, *v.* THE VACUUM OIL COMPANY, Appellant.

WILLIAM BURCH, as Administrator, etc., Respondent, *v.* THE VACUUM OIL COMPANY, Appellant.

(Argued February 24, 1891; decided March 10, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 19, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Theodore Bacon* for appellant.

*John Van Voorhis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.